UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KELLIE TUTTLE, ET AL | CIVIL ACTION NO. 19-cv-1072 |
| VERSUS | JUDGE FOOTE |
| RALPH LOUIS NAPPI, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that all claims by Kellie Tuttle and Candace McMichen against the defendants in this civil action be dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _14th_____ day of April, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE